# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  SALLY M. MCGEE  
514 ILLINOIS AVENUE  
ROCKFORD, IL  61102

SSN-xxx-xx-1045

Case Number: 04-74211

Case filed on: 8/23/2004  
Plan Confirmed on: 10/29/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $16,699.40    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 2,550.00 | 2,550.00 | 2,550.00 | 0.00 |
|  | Total Legal | 2,550.00 | 2,550.00 | 2,550.00 | 0.00 |
| 201 | J. WARD HOLLIDAY AND ASSOCIATES, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | SALLY M. MCGEE | 0.00 | 0.00 | 111.40 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 111.40 | 0.00 |
| 001 | SYSTEMS & SERVICES TECHNOLOGIES INC | 6,000.00 | 6,000.00 | 6,000.00 | 413.33 |
| 002 | WELLS FARGO FINANCIAL ACCEPTANCE | 14,324.31 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 20,324.31 | 6,000.00 | 6,000.00 | 413.33 |
| 001 | SYSTEMS & SERVICES TECHNOLOGIES INC | 6,022.58 | 6,022.58 | 3,833.71 | 0.00 |
| 003 | AFFORDABLE CASH ADVANCE | 156.58 | 156.58 | 99.67 | 0.00 |
| 004 | AMERICAN CASH N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICASH LOANS LLC | 587.42 | 587.42 | 373.93 | 0.00 |
| 006 | ASPIRE VISA | 475.60 | 475.60 | 302.75 | 0.00 |
| 007 | CREDITORS BANKRUPTCY SERVICE | 348.97 | 348.97 | 222.14 | 0.00 |
| 008 | CARD PROCESSING CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CERTEGY PAYMENT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CERTEGY PAYMENT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CERTEGY PAYMENT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CERTEGY PAYMENT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CERTEGY PAYMENT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CHECKS FOR CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CREDITORS BANKRUPTCY SERVICE | 270.88 | 270.88 | 172.43 | 0.00 |
| 016 | FIRST FEDERAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ILLINOIS TITLE LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CREDITORS BANKRUPTCY SERVICE | 318.90 | 318.90 | 203.00 | 0.00 |
| 020 | ADVANCE CASH EXPRESS | 290.00 | 290.00 | 184.61 | 0.00 |
| 021 | PARIS MCGEE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ROCKFORD CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | CREDITORS BANKRUPTCY SERVICE | 359.67 | 359.67 | 228.95 | 0.00 |
| 024 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | AMERICASH LOANS LLC | 535.43 | 535.43 | 340.83 | 0.00 |
| 026 | FINGERHUT CREDIT ADVANTAGE | 260.43 | 260.43 | 165.78 | 0.00 |
| 027 | ROYCE FINANCIAL | 306.00 | 306.00 | 194.78 | 0.00 |
| 028 | SCHWANS HOME SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 9,932.46 | 9,932.46 | 6,322.58 | 0.00 |
|  | Grand Total: | 32,970.77 | 18,646.46 | 15,147.98 | 413.33 |

Total Paid Claimant:     $15,561.31  
Trustee Allowance:        $1,138.09            Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:       63.66            discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008                By  /s/Heather M. Fagan